IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AFFINITY SNACK FOOD COMPANY, | ) ) ) | 4:06CV3112 |
| Plaintiff, | ) ) | **JUDGMENT** |
| vs. | ) ) ) | |
| MATTHEW HEADLEY HOLDINGS, L.L.C. d/b/a HEARTLAND SNACKS, HEARTLAND SNACKS, L.L.C., and MARK H. STISSER, | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Plaintiff's notice of dismissal (filing 5) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice.

July 17, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge